UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERRIE STEVENS, | Case No. 2:18-cv-01003-RFB-NJK |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer incarcerated at Florence McClure Womens Correctional Center, and she has not filed an updated address notification with the Court informing the Court of her current address. Pursuant to Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." The Court grants Plaintiff until **March 25, 2019**, to file her updated address with this Court. If Plaintiff does not update the Court with her current address no later than March 25, 2019, the Court will dismiss this action without prejudice.

DATED: February 21, 2019.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE